1 PHILLIP A. TALBERT
Acting United States Attorney
2 PETER K. THOMSPON
Acting Regional Chief Counsel
3 GERALYN A. GULSETH
Special Assistant United States Attorney
4     Social Security Administration
    160 Spear Street, Suite 800
5     San Francisco, CA 94105
    Telephone: (510) 970-4819
6     Facsimile: (415) 744-0134

7 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BLANCA E. CEJA MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00489-SKO<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)<br><br>(Doc. 9) |

    IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), *sentence six*. Remand is warranted due to irregularities in the hearing recording process.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) to offer Plaintiff the opportunity for a hearing and to issue a new decision.

    This stipulation constitutes a remand under the sixth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted,

DATE: December 23, 2021               */s/ _Jonathan Pena* _____
                                      JONATHAN PENA
                                      Attorney for Plaintiff
                                      (as approved via email on December 23, 2021)

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

DATE: December 23, 2021         By    *s/ Geralyn Gulseth*
                                      GERALYN GULSETH
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

ORDER

Based on the parties' above stipulation (Doc. 9), and for good cause shown,

IT IS HEREBY ORDERED that this action is REMANDED to the Commissioner of the Social Security Administration pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk of Court is DIRECTED to administratively close the case. The Court retains jurisdiction over the matter, and either party may file a request to reopen the case once the administrative proceedings have been completed.

IT IS SO ORDERED.

Dated:   **December 30, 2021**                    */s/ Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE