1

2

3

4

5

6

7

8

9

10

12

13

14

15

16

17

18

19

20

21

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA ESTELA CEJA MARTINEZ , | Case No. 1:21-cv-00489-SKO |
| Plaintiff, | ORDER |
| vs. | (Doc. 12) |
| COMMISSIONER OF SOCIAL SECURITY , | |
| Defendant. | |

Pursuant to the parties' stipulated motion to reopen this case and set a

briefing schedule following remand under the sixth sentence of 42 U.S.C. § 405(g),

the Court hereby ORDERS that:

- The case is reopened;

- The Certified Administrative Record ("CAR") is due within 14 days of the entry of this Order;

- Plaintiff's Opening Brief is due within 30 days of the date the CAR is filed;

- Defendant's Responsive Brief is due within 30 days of the date the Opening Brief is filed; and

- Plaintiff's Optional Reply Brief is due within 14 days of the date the response is filed.

IT IS SO ORDERED.

Dated:   **February 25, 2025**         */s/ Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE