JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLANCA ESTELA CEJA MARTINEZ, | Case No. 1:21-cv-00489-SKO |
| Plaintiff, | **ORDER RE STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| vs. | |
| | (Doc. 18) |
| LELAND DUDEK, Acting Commissioner of Social Security[1], | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 3, 2025 to May 5, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of April 7, 2025 and April 14, 2025 Counsel has nine merit briefs due. Counsel

---

1 Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                    Respectfully submitted,

Dated: March 31, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

                                    By: */s/ Jonathan Omar Pena*
                                         JONATHAN OMAR PENA
                                         Attorneys for Plaintiff

Dated: March 31, 2025        JOSEPH T. MCNALLY
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Office of Program Litigation
                                       Social Security Administration

                                  By:  **/s/ Michael Marriott*
                                         Michael Marriott
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant
                                       (*As authorized by email on March 31, 2025)

**ORDER**

Pursuant to the parties' stipulation and unopposed motion, (Doc. 18), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of 30 days, to May 5, 2025, to file their Motion for Summary Judgment. All other dates in the Scheduling Order (Doc. 13) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **March 31, 2025**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE